E-FILED
Wednesday, 25 January, 2006  10:28:26 AM
Clerk, U.S. District Court, ILCD

In the United States District Court
For the Central District of Illinois

Curtis Pickett,
  Petitioner
  -v-
United States of America
  Respondent

No: 97-40028-001

FILED
JAN 20 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Notice of Appeal

Comes now pro-se petitioner Curtis with petitioner's timely notice of Appeal from this Court's erroneous denial of his Rule 60(B)(6) motion. Petitioner states as follows:

The petitioner's motion for post-conviction Rehabilitation was unavailable prior to filing his 28 U.S.C. 2255 motion and his Rehabilitation efforts could not have been found with due diligence and 60(B)(6) is appropriate under Koon's decision, this court has Authority to Depart under Extraordinary Circumstances such as post-conviction Rehabilitation efforts.

Wherefore the petitioner timely files his notice of Appeal of the Court Denial of his 60(B)(6) motion and post-conviction Rehabilitation motion.

Respectfully Submitted
/Curtis Pickett/
Curtis Pickett
Reg. 41143-026
Federal Prison Camp
P.O. Box 6000
Ashland, Kentucky 41105

Dated 1/17/06