# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Wednesday, 25 January, 2006  10:39:56 AM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois        Docket No.: 97-40028

Division: Rock Island

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

USA                                      v.    Curtis A. Pickett

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Jeffrey B. Lang                    Name: Curtis A. Pickett (pro-se)

Firm: U.S. Attorney's Office             Firm: Federal Prison Camp

Address: 1830 2nd Ave.                   Address: P.O. Box 6000

Rock Island, IL  61201                   Ashland, KY  41105

Phone: 309-793-5884                      Phone:

---

Judge: Joe B. McDade                     Nature of Suit Code:

Court Reporter: Nancy Mersot             Date Filed in District Court: 7/11/97

                                         Date of Judgment: 2/26/98

                                         Date of Notice of Appeal: 1/20/06


Counsel:   ___Appointed     ___Retained   _X__Pro Se

Fee Status:    ___Paid     _X__Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes     __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  11113-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**