E-FILED
Friday, 27 January, 2006  09:44:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

JAN 27 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-1290              Docketed on: 1/24/06
Short Caption:         Pickett, Curtis A. v. USA
District Court Judge:  Joe Billy McDade
District Court No.:    97 CR 40028

If you have any questions regarding this appeal, please call this office.

(1003-012490)