E-FILED
Thursday, 09 February, 2006  01:12:00 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CURTIS PICKETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 97-40028-001 |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Before the Court is Curtis Pickett's Application to Proceed In Forma Pauperis on Appeal [Doc. # 33]. Under 28 U.S.C. § 1915(a)(3), the Court is required to determine if Petitioner's appeal is taken in good faith. See Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998). To determine that an appeal is taken in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. June 22, 2000).

Pickett seeks relief from his sentence based on the decision in United States v. Booker, Nos. 04-104 and 04-105, 2005 WL 50108 (U.S. Jan. 12, 2005), and on his post-conviction rehabilitation. However, Pickett's sentence is final and cannot be amended based on either of these factors. See Fed. R. Crim. P. 35; McReynolds v. United States, Nos. 04-2520, 04-2632, 04-2844, 2005 WL 237642 (7th Cir. Feb. 2, 2005). Accordingly, the Court finds Petitioner's appeal is not taken in good faith and his motion is denied.

IT IS THEREFORE ORDERED that Petitioner's Application to Proceed In Forma Pauperis on Appeal [Doc. # 33] is DENIED.

Entered this ___8th___ day of February, 2006.

                                                              s/ Joe B. McDade
                                                             JOE BILLY McDADE
                                             United States District Judge