# United States Court of Appeals

### For the Seventh Circuit

### Chicago, Illinois 60604

CIRCUIT RULE 3(b) NOTICE

E-FILED

Tuesday, 14 February, 2006  09:44:31 AM
Clerk, U.S. District Court, ILCD

**FILED**

FEB 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: **February 10, 2006**

No. 06-1290

CURTIS A. PICKETT,
        Plaintiff - Appellant

  v.

UNITED STATES OF AMERICA,
        Defendant - Appellee

TO:      Curtis A. Pickett
        FEDERAL PRISON CAMP
        #11113-026
        P.O. Box 6000
        Ashland, KY  41105-6000

Appeal from the United States District Court for the
Central District of Illinois
No. 97 CR 40028, Joe Billy McDade, Judge

     This court's records indicate that on 02/08/06 the District
Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

    **WITHIN THE NEXT 30 DAYS YOU MUST EITHER:**

1. Pay the required $250.00 docketing fee PLUS the $5.00 filing
   fee ($255.00 TOTAL) to the District Court Clerk.  The Court
   of Appeals cannot accept this fee.  You should keep a copy
   of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court
   of Appeals. An original and three (3) copies of that motion,
   with proof of service on your opponent, is required. This
   motion must be supported by an affidavit in the form of a
   sworn statement listing your assets and income.

   **IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS
   FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED,
   PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)