E-FILED
Friday, 31 March, 2006  09:16:06 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

Date: March 28, 2006

By the Court:

No. 06-1290

CURTIS A. PICKETT,
        Plaintiff - Appellant

v.

UNITED STATES OF AMERICA,
        Defendant - Appellee

**FILED**

MAR 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois, 211 - 19th Street
No. 97 CR 40028, Joe Billy McDade, Judge

    This cause, docketed on 1/24/06, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

