# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE: March 28, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Room 40
211 - 19th Street
Rock Island, IL  61201

FROM: Gino J. Agnello, Clerk

RE: 06-1290
Pickett, Curtis A. v. USA
97 CR 40028, Joe Billy McDade, Judge

**FILED**

MAR 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:           Counsel of record

[ ]    United States Marshal

[ ]    United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: 3/31/06                              S/Denise Koester
(1202-052495)                              Deputy Clerk, U.S. District Court