E-FILED
Tuesday, 18 December, 2007  01:05:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 97-40028 |
| ) | |
| CURTIS PICKETT, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' INITIAL RESPONSE TO MOTION
TO MODIFY TERM OF IMPRISONMENT**

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Jeffrey B. Lang, Assistant United States Attorney, hereby responds to defendant Curtis Pickett's motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2), and states:

1. On December 18, 2007, the defendant filed a motion to reduce his previously-imposed sentence by virtue of Amendment 706 to the United States Sentencing Guidelines, (as amended by Amendment 711), which became effective on November 1, 2007. This amendment reduces the offense levels applicable to crack cocaine convictions under 21 U.S.C. § 841 and related offenses. U.S.S.G. App. C, Amends. 706, 711. The defendant contends for his motion that Amendment 706 should be applied retroactively to his sentence of

240 months of imprisonment which was previously imposed onFebruary 26, 1998.

2.   However, the defendant's motion is premature.  Although the Sentencing Commission decided on December 11, 2007, to make Amendment 706 retroactive to sentences already imposed, that decision is not effective until March 3, 2008.

**WHEREFORE**, the United States respectfully requests that this Court stay any further action on the defendant's motion until on or after March 3, 2008.  In addition, the United States respectfully requests the opportunity to further respond to the defendant's motion before this Court takes any action thereupon on or after such date.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

/s/ Jeffrey B. Lang
Jeffrey B. Lang
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2007, I electronically filed the foregoing response to Motion Pursuant to 18 U.S.C. § 3582(c)(2) with the Clerk of the Court using the CM/ECF system. I further certify that I have mailed by United States Postal Service on the 18th day of December, 2007, this document to the following non-CM/ECF participant:

      Curtis Pickett, Reg. #11113-026
      FPC Ashland
      PO Box 6000
      Ashland, KY 41105

      /s/ Jeffrey B. Lang
      Jeffrey B. Lang
      Assistant United States Attorney