FILED
E-FILED
Friday, 01 February, 2008 09:15:38 AM
Clerk, U.S. District Court, ILCD
JAN 31 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To The Honorable Judge Joe Billy Mcdade,    Jan. 22, 2008

Re: case name: USA v Pickett

case number: 4:97-cr-40028

Petitioner Curtis A. Pickett, respectfully moves before the honorable court, re: motion pursuant to 18 USC 3582 (c)(2) to modify and correct sentence, prays that the Honorable Judge Joe Billy Mcdade will allow me to have a (public defender), to assist me with my pending motion, and to represent on my behalf, within the courts. In 1997 when I arrested, my family and friends, were able (at that time), to retain my private counsel, Michael J. Galvin, needless to say, we recieved (minimal defense), and misrepresentation. I have no desire whatsoever, to have Mr. Galvin included, my financial situation, is in ruins. I can only pray that the Honorable Judge Joe Billy Mcdade will honor this small request.

Respectfully Submitted

Curtis A. Pickett