E-FILED
Thursday, 08 May, 2008  03:28:09 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 97-40028 |
| CURTIS A. PICKETT, ) | |
| Defendant. ) | |

## O R D E R

Defendant filed Motions for Retroactive Application of Sentencing Guidelines [Doc. 38] on December 17, 2007, and [Doc. 40] on January 31, 2008. The Court entered an Order [Doc. 43] on March 5, 2008, allowing the Public Defender's Office to withdraw upon a finding that Defendant was ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and allowing Defendant to proceed *pro se*. A Response by Defendant was to be filed with the Court by April 2, 2008, either conceding that he was not eligible for a sentence reduction or to explain why he thought that he was entitled to a sentence reduction despite the fact that he had been sentenced to the statutory mandatory minimum term of imprisonment.

Since no Response has been filed with the Court, Defendant's Motions [Docs. 38 & 40] are DENIED with prejudice.

ENTERED this   8th   day of May, 2008.

                            s/Joe B. McDade
                            JOE BILLY McDADE
                            United States District Judge